**99–362. Earley v. Keenan.**
Cuyahoga App. No. 75412. Reported at 85 Ohio St.3d 1486, 709 N.E.2d 1214. On motion for reconsideration. Motion denied.

**99–363. State v. Fautenberry.**
Hamilton App. No. C–971017. Reported at 85 Ohio St.3d 1477, 709 N.E.2d 849. On motion for reconsideration. Motion denied.

**99–399. Willoughby v. AK Steel Corp.**
Butler App. No. CA98–02–040. Reported at 85 Ohio St.3d 1480, 709 N.E.2d 851. On motion for reconsideration. Motion denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**99–611. State ex rel. Childs v. Wingard.**
In Habeas Corpus. Reported at 85 Ohio St.3d 1475, 709 N.E.2d 848. On motion for reconsideration. Motion denied.

*Thursday, July 1, 1999*

## MOTION DOCKET

**99–570. DeRolph v. State.**
Perry C.P. No. 22043. This cause is pending before the court as an appeal of right from the Court of Common Pleas of Perry County. Upon consideration of appellees' motion to establish expedited briefing schedule and to dispense with oral argument,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

F.E. SWEENEY and PFEIFER, JJ., would grant expedited briefing but deny dispensing with oral argument.

**99–1111. State v. Brooks.**
Hamilton App. No. C–980478. This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to stay court of appeals' judgment pending appeal,

IT IS ORDERED by the court that the motion to stay be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

## RECONSIDERATION DOCKET

**99–578. Litton Sys., Inc. v. Tracy.**
Board of Tax Appeals, No. 95–A–1001. Reported at 86 Ohio St.3d 1401, 711 N.E.2d 230.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the appellee shall file a merit brief within thirty days of the date of this order and that the provisions of S.Ct.Prac.R. IX(3)(B) shall apply to oral argument in this case.

COOK, J., dissents.